IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:26MJ3081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO WITHDRAW** |
| v. | ) | |
| | ) | |
| ABRAHAM HERMOSILLO ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

Kelly M. Steenbock moves to withdraw because Stuart Dornan has entered his appearance.

Kelly M. Steenbock requests that she be removed from receiving any further CM/ECF notifications..

DATED this 24th day of June, 2026.

Respectfully submitted,

Abraham Hermosillo Alvarez, Defendant,

By  /s/ Kelly M. Steenbock
    Kelly M. Steenbock
    1620 Dodge St., Ste 600
    Omaha, NE 68102