IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ABRAHAM HERMOSILLO ALVAREZ,

Defendant.

4:26MJ3081

MOTION FOR DISMISSAL

COMES NOW the Plaintiff, United States of America, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, respectfully requests leave to dismiss without prejudice the Complaint (Filing No. 1) filed herein, as it relates to the Defendant, ABRAHAM HERMOSILLO ALVAREZ.

Defendant has been indicted in the Southern District of Ohio (Case No. 2:26CR113, Filing No. 33). The Indictment charges the defendant with Conspiracy to Murder, in violation of 18 U.S.C. § 1117, which is the conduct charged within the Complaint, and Conspiracy to Provide Material Support to Terrorists, in violation of 18 U.S.C. § 2339A.

WHEREFORE the Plaintiff, United States of America, requests the Complaint (Filing No. 1) be dismissed without prejudice so that Case No. 2:26CR113 filed in the Southern District of Ohio may proceed accordingly.

DATED this 15th day of July, 2026.

UNITED STATES OF AMERICA
Plaintiff

LESLEY A. WOODS
United States Attorney

By: s/ Donald J. Kleine
   DONALD J. KLEINE, #22669
   Assistant U.S. Attorney
   1620 Dodge Street, Suite 1400
   Omaha, NE  68102-1506
   Tel:  (402) 661-3700
   E-mail: donald.kleine@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

s/ Donald J. Kleine
Assistant U.S. Attorney