IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ABRAHAM HERMOSILLO ALVAREZ,

Defendant.

4:26MJ3081

ORDER FOR DISMISSAL

Pursuant to Motion of the United States (Filing No. 30), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal without prejudice of the Complaint against ABRAHAM HERMOSILLO ALVAREZ.

IT IS ORDERED that the Motion to Dismiss the Complaint (Filing No. 30) is granted.

Dated this 15th day of July, 2026.

BY THE COURT:

JACQUELINE M. DELUCA
United States Magistrate Judge